**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2023-CA-0707

Christopher Martin

- - Versus - -

ISC Constructors, LLC & Cintas Corporation

19th Judicial District Court
Case #: 669821
East Baton Rouge Parish

On Application for Rehearing filed on  04/02/2024 by Cintas Corporation No. 2

Rehearing  *denied*

_____
Page McClendon

_____
Chris Hester

_____
Steven M. Miller                    by CHH

JUN 2 5 2024

Date _____

_____
Rodd Naquin, Clerk